## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

METH LAB CLEANUP, LLC,

    Plaintiff,

v.                                                  Case No: 8:14-cv-3129-T-30TBM

SPAULDING DECON, LLC and
LAURA SPAULDING,

    Defendants.

## ORDER AND FINAL JUDGMENT

THIS CAUSE is before the Court on the Parties' Joint Stipulation of Dismissal and Notice of Settlement (Dkt. 112). In notifying the Court of their settlement, the parties in this breach of contract case also ask the Court to enter final judgment on those claims and counterclaims the Court previously resolved in summary judgments (See Dkts. 39, 70, and 104) and to dismiss with prejudice those claims and counterclaims that remain. The Court has reviewed the request and is otherwise advised in the premises.

It is ORDERED AND ADJUDGED that:

1. Final Judgment is granted in favor of Plaintiff METH LAB CLEANUP, LLC and against Defendants SPAULDING DECON, LLC and LAURA SPAULDING on Count IV of the Complaint (Dkt. 1; see Dkt. 104, p. 10, wherein each count is specified and referred to as a "Breach"); Final

      Judgment is granted against Plaintiff METH LAB CLEANUP, LLC and in favor of Defendants SPAULDING DECON, LLC and LAURA SPAULDING on Counts III and V of the Complaint.

2. Counts I and II of the Complaint (Dkt. 1), which represent all remaining counts in the complaint, are DISMISSED WITH PREJUDICE.

3. Final Judgment is granted against Defendants/Counter-Claimants/Third-Party Plaintiffs SPAULDING DECON, LLC and LAURA SPAULDING and in favor of Plaintiff/Counter-Defendant METH LAB CLEANUP, LLC and Third-Party Defendants JOSEPH AND JULIE MAZZUCA on Counts II, III, V, and VI of the Counterclaim (Dkt. 32).

4. Counts I and IV of the Counter-claim (Dkt. 32), which represent all remaining counterclaims, are DISMISSED WITH PREJUDICE.

5. On all dismissed claims and counterclaims, the parties shall bear their own costs, expenses, and attorney's fees.

6. The Court retains jurisdiction to rule on the parties' entitlement to damages, costs, and attorney's fees on those claims for which they are the prevailing party.

7. The Court retains jurisdiction for a period of one (1) year to enforce the terms of the parties' settlement.

8. The Clerk is directed to close this case and terminate all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of May, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record